UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
49366
MORTON & CRAIG, LLC
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
(856)866-0100
Attorney for Ford Motor Credit Company LLC,
servicer for CAB EAST LLC
JM-5630

In Re:
CRAIG S. GALLEN
CAROLYN GALLEN

**Order Filed on September 5, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.: 19-22703 (CMG)

Adv. No.:

Hearing Date: 9-4-2019

Judge: Hon. Christine M. Gravelle

## ORDER VACATING AUTOMATIC STAY AND CO-DEBTOR STAY

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: September 5, 2019**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

**(Page 2)**
Debtor:  Craig and Carolyn Gallen / 49366
Case No:  19-22703 (CMG)
Order Vacating Automatic Stay and Co-Debtor Stay

Upon consideration of the motion of **Ford Motor Credit Company LLC, servicer for CAB EAST LLC** for an order for relief from the automatic stay and co-debtor stay, and good cause appearing therefore, it is hereby

**ORDERED** that the automatic stay of the Bankruptcy Code section 362(a) is vacated to permit the movant to pursue the movant's rights in the personal property described below to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

**ORDERED** that the co-debtor stay under 11 U.S.C. 1301 is vacated as to the co-debtor, **Louise Taylor** to permit **Ford Motor Credit Company LLC, servicer for CAB EAST LLC** to pursue its rights in the personal property described below and as to the co-debtor.

The movant shall serve this order on the debtor, co-debtor, any trustee and any other party who entered an appearance on the motion.

<u>Description of Subject Personal Property</u>
2017 Ford Edge
Vehicle Identification Number
2FMPK4J95HBC20284