UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1( b)**

Kevin G. McDonald
KML LAW GROUP, P.C.
216 Haddon Avenue, Ste. 406
Westmont, NJ 08108
Toyota Lease Trust

In Re:
Carolyn Gallen aka Carolyn Taylor
Craig S. Gallen
    DEBTOR(S),

Jason C. Gallen
    CO-DEBTOR

Order Filed on October 17, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No:   19-22703 CMG

Chapter: 13

Hearing Date: October 16, 2019 at 9:00 A.M.
Judge:  Christine M. Gravelle

Recommended Local Form        ☐    Followed    ☐    Modified

# ORDER VACATING STAY
## And CO-DEBTOR STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: October 17, 2019**

*Honorable Christine M. Gravelle*
*United States Bankruptcy Judge*

[Type text]

Upon the motion of <u>Toyota Lease Trust</u>, under Bankruptcy Code sections 362(a) and 1301(c) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant, to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

☐　　Real Property More Fully Described as:

■　　Personal Property More Fully Describes as: **2016 Toyota Sienna, VIN: 5TDDK3DC7GS139695,**

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

It is further ORDERED that the Co-Debtor Stay is vacated.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*rev. 7/12/16*