Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19−22703−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Craig S Gallen
28 Ivanhoe Drive
Manalapan, NJ 07726

Carolyn Gallen
aka Carolyn Taylor
28 Ivanhoe Drive
Manalapan, NJ 07726

Social Security No.:
    xxx−xx−0219                                              xxx−xx−1057

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on June 27, 2019 and a confirmation hearing on such Plan has been scheduled for January 15, 2020.

The debtor filed a Modified Plan on January 8, 2020 and a confirmation hearing on the Modified Plan is scheduled for February 19, 2020 @ 10:00. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

    A full copy of the modified Plan will follow this notice.

Dated: January 9, 2020
JAN: wdr

Jeanne Naughton
Clerk

```
                        United States Bankruptcy Court
                              District of New Jersey

In re:                                                   Case No. 19-22703-CMG
Craig S Gallen                                           Chapter 13
Carolyn Gallen
        Debtors                  CERTIFICATE OF NOTICE
District/off: 0312-3         User: admin              Page 1 of 2             Date Rcvd: Jan 09, 2020
                             Form ID: 186             Total Noticed: 39


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 11, 2020.
db/jdb         +Craig S Gallen,    Carolyn Gallen,    28 Ivanhoe Drive,    Manalapan, NJ 07726-1717
cr             +Ford Motor Credit Company LLC., servicer for CAB E,    P.O. Box 62180,
                 Colorado Springs, CO 80962-2180
lm             +Specialized Loan Servicing,    8742 Lucent Blvd,    Suite 300,    Littleton, CO 80129-2386
518323769      +Bureau of Account Management,    Attn: Bankruptcy,    Po Box 538,    Howell, NJ 07731-0538
518323771      +CC Holdings,    Attn: Card Services,    Po Box 9201,    Old Bethpage, NY 11804-9001
518331724     ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
               (address filed with court: FORD MOTOR CREDIT COMPANY LLC,     DEPT. 55953,    PO BOX 55000,
                 DETROIT, MI. 48255-0953)
518323774      +First Premier Bank,    Attn: Bankruptcy,    Po Box 5524,    Sioux Falls, SD 57117-5524
518323775      +Ford Motor Credit,    Attn: Bankruptcy,    Po Box 542000,    Omaha, NE 68154-8000
518367020      +Ford Motor Credit Co LLC,    Morgan Bornstein Morgan,    1236 Brace St Ste K,
                 Cherry Hill, NJ 08034-3229
518323776      +HC Processing Center,    Attention Bankruptcy,    Po Box 708970,    Sandy, UT 84070-8970
518323779      +Leopold & Associates, PLLC,    80 Busineny Park Drive,    Suite 110,    Armonk, NY 10504-1704
518323780      +Lincoln Automotive Financial Service,    Attn: Bankruptcy,    Po Box 542000,
                 Omaha, NE 68154-8000
518323782      +Remex Inc,   Attn: Bankruptcy,    307 Wall St.,    Princeton, NJ 08540-1515
518323784     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court: State of New Jersey,    Division of Taxation,    50 Barrack Street,
                 PO Box 269,    Trenton, NJ 08695)
518323783      Specialized Loan Servi,    8742 Lucent Blvd,    Ste 300,    Littleton, CO 80129-2386
518323786     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court: Toyota Financial Services,    Atty: Bankruptcy Dept,    Po Box 8026,
                 Cedar Rapids, IA 52409)
518323785      +Target,   Attn: Bankruptcy,    Po Box 9475,    Minneapolis, MN 55440-9475
518422237      +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
                 Addison, Texas 75001-9013
518432726      +U.S. Bank National Association, Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jan 10 2020 00:10:20      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 10 2020 00:10:17      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
518421327      +E-mail/Text: g20956@att.com Jan 10 2020 00:10:46      AT&T Mobility II LLC,
                 %AT&T SERVICES INC.,    KAREN A. CAVAGNARO PARALEGAL,    ONE AT&T WAY, SUITE 3A104,
                 BEDMINSTER, NJ. 07921-2693
518392175      +E-mail/Text: bnc@atlasacq.com Jan 10 2020 00:09:41      Atlas Acquisitions LLC,    294 Union St.,
                 Hackensack, NJ 07601-4303
518352109       E-mail/PDF: MerrickBKNotifications@Resurgent.com Jan 10 2020 00:20:26
                 CW Nexus Credit Card Holdings l, LLC,    Resurgent Capital Services,    PO Box 10368,
                 Greenville, SC 29603-0368
518323770      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 10 2020 00:21:04      Capital One,
                 Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
518348143      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 10 2020 00:36:36
                 Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
518323772      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jan 10 2020 00:10:07      Comenity Bank/Overstock,
                 Attn: Bankruptcy,    Po Box 182125,    Columbus, OH 43218-2125
518323773      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jan 10 2020 00:10:08
                 Comenity Bank/Victoria Secret,    Attn: Bankruptcy,    Po Box 182125,    Columbus, OH 43218-2125
518428196      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 10 2020 00:36:36      Directv, LLC,
                 by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
518323777       E-mail/Text: cio.bncmail@irs.gov Jan 10 2020 00:09:54      Internal Revenue Service,
                 955 S. Springfield Ave.,    Springfield, NJ 07081
518418455      +E-mail/Text: bankruptcydpt@mcmcg.com Jan 10 2020 00:10:16      MIDLAND FUNDING LLC,
                 PO BOX 2011,    WARREN MI 48090-2011
518323781      +E-mail/Text: bankruptcydpt@mcmcg.com Jan 10 2020 00:10:16      Midland Funding,
                 2365 Northside Dr Ste 300,    San Diego, CA 92108-2709
518403480      +E-mail/Text: JCAP_BNC_Notices@jcap.com Jan 10 2020 00:10:30      Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
518442809       E-mail/Text: bnc-quantum@quantum3group.com Jan 10 2020 00:10:12
                 Quantum3 Group LLC as agent for,    Second Round LP,    PO Box 788,    Kirkland, WA 98083-0788
518429660       E-mail/Text: bnc-quantum@quantum3group.com Jan 10 2020 00:10:12
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA 98083-0788
518429661       E-mail/Text: bnc-quantum@quantum3group.com Jan 10 2020 00:10:12
                 Quantum3 Group LLC as agent for,    Comenity Capital Bank,    PO Box 788,
                 Kirkland, WA 98083-0788
518420825      +E-mail/Text: bncmail@w-legal.com Jan 10 2020 00:10:25      SYNCHRONY BANK,
                 c/o Weinstein & Riley, PS,    2001 Western Ave., Ste 400,    Seattle, WA 98121-3132
```

```
District/off: 0312-3          User: admin               Page 2 of 2              Date Rcvd: Jan 09, 2020
                              Form ID: 186              Total Noticed: 39
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
518326528         +E-mail/PDF: gecsedi@recoverycorp.com Jan 10 2020 00:21:00      Synchrony Bank,
                  c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
518364985         +E-mail/Text: bncmail@w-legal.com Jan 10 2020 00:10:25      TD Bank USA, N.A.,
                  C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
                                                                                             TOTAL: 20

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*             +Leopold & Associates, PLLC,   80 Busineny Park Drive,    Suite 110,    Armonk, NY 10504-1704
518333182*       ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
                 (address filed with court:   Ford Motor Credit Co,    POB 62180,    colrado Springs, CO  80962)
518531616*       ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
                 (address filed with court:   Ford Motor Credit Co LLC,    POB 62180,    Colorado Spring, CO  80962)
518323778*        Internal Revenue Service,    PO Box 7346,    Philadelphia, PA 19101-7346
518421067*       ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                  TRENTON NJ 08646-0245
                 (address filed with court:   State of New Jersey,    Division of Taxation,    PO BOX 245-Bankruptcy,
                  Trenton, NJ 08695-0272)
                                                                                   TOTALS: 0, * 5, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 11, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 9, 2020 at the address(es) listed below:
```
              Albert    Russo     docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor   U.S Bank National Association, as Trustee, Successor
               in interest to Bank of America ET AL... dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              John R. Morton, Jr.    on behalf of Creditor    Ford Motor Credit Company LLC., servicer for CAB
               EAST LLC ecfmail@mortoncraig.com,    mortoncraigecf@gmail.com
              Kevin Gordon McDonald    on behalf of Creditor    U.S Bank National Association, as Trustee,
               Successor in interest to Bank of America ET AL... kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kevin Gordon McDonald    on behalf of Creditor    Toyota Lease Trust kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Scott D. Sherman    on behalf of Debtor Craig S Gallen ssbankruptcy@minionsherman.com
              Scott D. Sherman    on behalf of Joint Debtor Carolyn  Gallen ssbankruptcy@minionsherman.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                TOTAL: 8
```