**STATISTICAL INFORMATION ONLY: Debtor must select the number of each of the following items included in the Plan.**

___0___ Valuation of Security    ___3___ Assumption of Executory Contract or Unexpired Lease    ___0___ Lien Avoidance

**Last revised: September 1, 2018**

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

In Re:                                                                Case No.:  19-22703

GRAIG GALLEN                                                 Judge:  GRAVELLE

CAROLYN GALLEN

              Debtor(s)

## Chapter 13 Plan and Motions

☐ Original           ☒ Modified/Notice Required           Date:  1/6/2020

☐ Motions Included   ☐ Modified/No Notice Required

THE DEBTOR HAS FILED FOR RELIEF UNDER

CHAPTER 13 OF THE BANKRUPTCY CODE

### YOUR RIGHTS MAY BE AFFECTED

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor.  This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney.  Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the *Notice*.  Your rights may be affected by this plan.  Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien.  The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate.  An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

THIS PLAN:

☐ DOES ☒ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

☐ DOES ☒ DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

☐ DOES ☒ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

Initial Debtor(s)' Attorney: /s/ SDS          Initial Debtor: /s/ CG          Initial Co-Debtor: CG

## Part 1:    Payment and Length of Plan

a. The debtor shall pay $514.00  per month to the Chapter 13 Trustee, starting on January 1, 2020   for approximately 54 months.

b. The debtor shall make plan payments to the Trustee from the following sources:

☒    Future earnings

☒    Other sources of funding (describe source, amount and date when funds are available):

$2,452.00 paid in through 12/31/2019

c. Use of real property to satisfy plan obligations:

☐  Sale of real property
Description:
Proposed date for completion: _____

☐  Refinance of real property:
Description:
Proposed date for completion: _____

☐  Loan modifications with respect to mortgage encumbering property:
Description:
Proposed date for completion:

d. ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e. ☐ Other information that may be important relating to the payment and length of plan:

## Part 2:    Adequate Protection ☒ NONE

a.  Adequate protection payments will be made in the amount of $ _____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to _____ (creditor).

b.  Adequate protection payments will be made in the amount of $ _____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: _____ (creditor).

## Part 3:    Priority Claims (Including Administrative Expenses)

a.    All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| CHAPTER 13 STANDING TRUSTEE | ADMINISTRATIVE | AS ALLOWED BY STATUTE |
| MINION & SHERMAN | Attorney's Fees | $3,250.00 (balance of original retainer) + $2,500.00 in Estimated Supplemental Fees subject to court approval |
| INTERNAL REVENUE SERVICE | TAXES | $2,000.00 (also see Part 6 of plan) |
| STATE OF NEW JERSEY | TAXES | $2,898.78 (as per Claim #12-1) |

b.    Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount: Check one:

☒ None

☐ The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

| Creditor | Type of Priority | Claim Amount | Amount to be Paid |
|---|---|---|---|

| | | | |
|---|---|---|---|
| | | | |

**Part 4:    Secured Claims**

**a.  Curing Default and Maintaining Payments on Principal Residence:** ☒ **NONE**

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| | | | | | |

**b.  Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears:**  ☒ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

**c.  Secured claims excluded from 11 U.S.C. 506:**  ☒ NONE

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral | Interest Rate | Amount of Claim | Total to be Paid through the Plan Including Interest Calculation |
|---|---|---|---|---|
|  |  |  |  |  |

**d. Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments**  ☒ NONE

   1.)  The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this Section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Lien | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to be Paid |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

2.)  Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

**e.  Surrender  ☒ NONE**

Upon confirmation, the stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 be terminated in all respects. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
| | | | |

**f. Secured Claims Unaffected by the Plan ☐ NONE**

The following secured claims are unaffected by the Plan:

Specialized Loan Servicing (1st Mortgage on 28 Ivanhoe Dr. Manalapan, NJ)

**g. Secured Claims to be Paid in Full Through the Plan: ☒ NONE**

| Creditor | Collateral | Total Amount to be Paid Through the Plan |
|---|---|---|
| | | |

**Part 5:    Unsecured Claims ☐ NONE**

**a.  Not separately classified** allowed non-priority unsecured claims shall be paid:

☐ Not less than $ _____ to be distributed *pro rata*

☒ Not less than 100% percent

☐ *Pro Rata* distribution from any remaining funds

**b.  Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|----------|-----------------------------------|-----------|-------------------|
|          |                                   |           |                   |

**Part 6:    Executory Contracts and Unexpired Leases  ☐ NONE**

(NOTE:  See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Creditor | Arrears to be Cured in Plan | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment |
|----------|------------------------------|------------------------------|---------------------|------------------------|
| Ford Motor Credit | $0.00 | 2017 Ford Edge | Rejected | $290.00 |
| Toyota Financial Services | $0.00 | 2016 Sienna | Rejected | $300.00 |
| Internal Revenue Service | $2,000.00 | Offer & Compromise | Assumed | 1 Payment of $2,000.00 to be paid through the plan as priority claim |

**Part 7:    Motions  ☒ NONE**

**NOTE:  All plans containing motions must be served on all potentially affected creditors, together with local form, *Notice of Chapter 13 Plan Transmittal*, within the time and in the manner set forth in D.N.J. LBR 3015-1. A *Certification of Service*, *Notice of Chapter 13 Plan Transmittal and valuation* must be filed with the Clerk of Court when the plan and transmittal notice are served.**

**a.  Motion to Avoid Liens Under 11. U.S.C. Section 522(f).  ☐ NONE**

The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|----------|----------------------|--------------|----------------|---------------------|------------------------------|---------------------------------------------|-------------------------------|
|          |                      |              |                |                     |                              |                                             |                               |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

**b.  Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.**  ☐ **NONE**

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|
| | | | | | | |

**c.  Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.**  ☐ **NONE**

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|
| | | | | | |

**Part 8:    Other Plan Provisions**

**a. Vesting of Property of the Estate**

☒   Upon confirmation

☐   Upon discharge

**b.  Payment Notices**

Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

**c.  Order of Distribution**

The Standing Trustee shall pay allowed claims in the following order:

1) Ch. 13 Standing Trustee commissions

2) Attorney's Fees

3) Priority Claims

4) Secured Claims

5) General Unsecured Claims

**d.  Post-Petition Claims**

The Standing Trustee ☒ is, ☐ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

**Part 9:   Modification ☐ NONE**

If this Plan modifies a Plan previously filed in this case, complete the information below.

Date of Plan being modified:   6/25/2019

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
| The plan is being modified because the Debtor was offered and has accepted a trial loan modification.  Once that is completed a final loan modification will be in place.  Arrears are no longer being paid through plan.  Debtor also received a pre-petition acceptance of an offer and compromise by the IRS | The plan has been modified to change the treatment of both the mortgage company and general unsecured creditors. |

Are Schedules I and J being filed simultaneously with this Modified Plan?    ☒  Yes    ☐  No

## Part 10:    Non-Standard Provision(s): Signatures Required

Non-Standard Provisions Requiring Separate Signatures:

☒ NONE

☐ Explain here:

Any non-standard provisions placed elsewhere in this plan are ineffective.

## Signatures

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Plan.

By signing and filing this document, the debtor(s), if not represented by an attorney, or the attorney for the debtor(s) certify that the wording and order of the provisions in this Chapter 13 Plan are identical to Local Form, *Chapter 13 Plan and Motions*, other than any non-standard provisions included in Part 10.

I certify under penalty of perjury that the above is true

Date:  1/8/2020                              /s/ Scott D. Sherman
                                             Attorney for the Debtor


Date:  1/7/2020                               /s/ Craig Gallen
                                              Debtor


Date:   1/7/2020                              /s/ Carolyn Gallen
                                              Joint Debtor

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 19-22703-CMG
Craig S Gallen                                                            Chapter 13
Carolyn Gallen
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2          Date Rcvd: Jan 09, 2020
                             Form ID: pdf901          Total Noticed: 39

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 11, 2020.
```
db/jdb         +Craig S Gallen,    Carolyn Gallen,    28 Ivanhoe Drive,    Manalapan, NJ 07726-1717
cr             +Ford Motor Credit Company LLC., servicer for CAB E,    P.O. Box 62180,
                Colorado Springs, CO 80962-2180
lm             +Specialized Loan Servicing,    8742 Lucent Blvd.,    Suite 300,    Littleton, CO 80129-2386
518323769      +Bureau of Account Management,    Attn: Bankruptcy,    Po Box 538,    Howell, NJ 07731-0538
518323771      +CC Holdings,    Attn: Card Services,    Po Box 9201,    Old Bethpage, NY 11804-9001
518331724      ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
                (address filed with court: FORD MOTOR CREDIT COMPANY LLC,    DEPT. 55953,    PO BOX 55000,
                DETROIT, MI. 48255-0953)
518323774      +First Premier Bank,    Attn: Bankruptcy,    Po Box 5524,    Sioux Falls, SD 57117-5524
518323775      +Ford Motor Credit,    Attn: Bankruptcy,    Po Box 542000,    Omaha, NE 68154-8000
518367020      +Ford Motor Credit Co LLC,    Morgan Bornstein Morgan,    1236 Brace St Ste K,
                Cherry Hill, NJ 08034-3229
518323776      +HC Processing Center,    Attention Bankruptcy,    Po Box 708970,    Sandy, UT 84070-8970
518323779      +Leopold & Associates, PLLC,    80 Busineny Park Drive,    Suite 110,    Armonk, NY 10504-1704
518323780      +Lincoln Automotive Financial Service,    Attn: Bankruptcy,    Po Box 542000,
                Omaha, NE 68154-8000
518323782      +Remex Inc,    Attn: Bankruptcy,    307 Wall St.,    Princeton, NJ 08540-1515
518323784      ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                TRENTON NJ 08646-0245
                (address filed with court: State of New Jersey,    Division of Taxation,    50 Barrack Street,
                PO Box 269,    Trenton, NJ 08695)
518323783       Specialized Loan Servi,    8742 Lucent Blvd,    Ste 300,    Littleton, CO 80129-2386
518323786      ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                (address filed with court: Toyota Financial Services,    Atty: Bankruptcy Dept,    Po Box 8026,
                Cedar Rapids, IA 52409)
518323785      +Target,    Attn: Bankruptcy,    Po Box 9475,    Minneapolis, MN 55440-9475
518422237      +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    Po Box 9013,
                Addison, Texas 75001-9013
518432726      +U.S. Bank National Association, Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jan 10 2020 00:10:20     U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 10 2020 00:10:17     United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
518421327      +E-mail/Text: g20956@att.com Jan 10 2020 00:10:46     AT&T Mobility II LLC,
                %AT&T SERVICES INC.,    KAREN A. CAVAGNARO PARALEGAL,    ONE AT&T WAY, SUITE 3A104,
                BEDMINSTER, NJ. 07921-2693
518392175      +E-mail/Text: bnc@atlasacq.com Jan 10 2020 00:09:41     Atlas Acquisitions LLC,    294 Union St.,
                Hackensack, NJ 07601-4303
518352109       E-mail/PDF: MerrickBNNotifications@Resurgent.com Jan 10 2020 00:21:43
                CW Nexus Credit Card Holdings l, LLC,    Resurgent Capital Services,    PO Box 10368,
                Greenville, SC 29603-0368
518323770      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 10 2020 00:21:44     Capital One,
                Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
518348143      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 10 2020 00:22:12
                Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
518323772      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jan 10 2020 00:10:07     Comenity Bank/Overstock,
                Attn: Bankruptcy,    Po Box 182125,    Columbus, OH 43218-2125
518323773      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jan 10 2020 00:10:07
                Comenity Bank/Victoria Secret,    Attn: Bankruptcy,    Po Box 182125,    Columbus, OH 43218-2125
518428196      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 10 2020 00:36:36     Directv, LLC,
                by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
518323777       E-mail/Text: cio.bncmail@irs.gov Jan 10 2020 00:09:53     Internal Revenue Service,
                955 S. Springfield Ave.,    Springfield, NJ 07081
518418455      +E-mail/Text: bankruptcy@bt@mcmcg.com Jan 10 2020 00:10:16     MIDLAND FUNDING LLC,
                PO BOX 2011,    WARREN MI 48090-2011
518323781      +E-mail/Text: bankruptcydpt@mcmcg.com Jan 10 2020 00:10:16     Midland Funding,
                2365 Northside Dr Ste 300,    San Diego, CA 92108-2709
518403480      +E-mail/Text: JCAP_BNC_Notices@jcap.com Jan 10 2020 00:10:30     Premier Bankcard, Llc,
                Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
518442809       E-mail/Text: bnc-quantum@quantum3group.com Jan 10 2020 00:10:12
                Quantum3 Group LLC as agent for,    Second Round LP,    PO Box 788,    Kirkland, WA 98083-0788
518429660       E-mail/Text: bnc-quantum@quantum3group.com Jan 10 2020 00:10:11
                Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA 98083-0788
518429661       E-mail/Text: bnc-quantum@quantum3group.com Jan 10 2020 00:10:11
                Quantum3 Group LLC as agent for,    Comenity Capital Bank,    PO Box 788,
                Kirkland, WA 98083-0788
518420825      +E-mail/Text: bncmail@w-legal.com Jan 10 2020 00:10:25     SYNCHRONY BANK,
                c/o Weinstein & Riley, PS,    2001 Western Ave., Ste 400,    Seattle, WA 98121-3132
```

```
District/off: 0312-3          User: admin              Page 2 of 2            Date Rcvd: Jan 09, 2020
                              Form ID: pdf901          Total Noticed: 39
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
518326528        +E-mail/PDF: gecsedi@recoverycorp.com Jan 10 2020 00:20:28     Synchrony Bank,
                  c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
518364985        +E-mail/Text: bncmail@w-legal.com Jan 10 2020 00:10:25     TD Bank USA, N.A.,
                  C O WEINSTEIN & RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
                                                                                           TOTAL: 20


           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*             +Leopold & Associates, PLLC,   80 Businery Park Drive,   Suite 110,   Armonk, NY 10504-1704
518333182*      ++FORD MOTOR CREDIT COMPANY,   P O BOX 62180,   COLORADO SPRINGS CO 80962-2180
                  (address filed with court: Ford Motor Credit Co,   POB 62180,   colrado Springs, CO 80962)
518531616*      ++FORD MOTOR CREDIT COMPANY,   P O BOX 62180,   COLORADO SPRINGS CO 80962-2180
                  (address filed with court: Ford Motor Credit Co LLC,   POB 62180,   Colorado Spring, CO 80962)
518323778*       Internal Revenue Service,   PO Box 7346,   Philadelphia, PA 19101-7346
518421067*      ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
                  TRENTON NJ 08646-0245
                  (address filed with court: State of New Jersey,   Division of Taxation,   PO BOX 245-Bankruptcy,
                  Trenton, NJ 08695-0272)
                                                                              TOTALS: 0, * 5, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 11, 2020                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 8, 2020 at the address(es) listed below:
```
          Albert  Russo   docs@russotrustee.com
          Denise E. Carlon    on behalf of Creditor   U.S Bank National Association, as Trustee, Successor
          in interest to Bank of America ET AL... dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          John R. Morton, Jr.    on behalf of Creditor   Ford Motor Credit Company LLC., servicer for CAB
          EAST LLC ecfmail@mortoncraig.com,  mortoncraigecf@gmail.com
          Kevin Gordon McDonald    on behalf of Creditor   U.S Bank National Association, as Trustee,
          Successor in interest to Bank of America ET AL... kmcdonald@kmllawgroup.com,
          bkgroup@kmllawgroup.com
          Kevin Gordon McDonald    on behalf of Creditor   Toyota Lease Trust kmcdonald@kmllawgroup.com,
          bkgroup@kmllawgroup.com
          Scott D. Sherman    on behalf of Debtor Craig S Gallen ssbankruptcy@minionsherman.com
          Scott D. Sherman    on behalf of Joint Debtor Carolyn  Gallen ssbankruptcy@minionsherman.com
          U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                              TOTAL: 8
```