UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2

*Scott D. Sherman, Esq.*
**MINION & SHERMAN**
33 Clinton Road, Suite 105
West Caldwell, NJ 07006
phone #973-882-2424
fax #973-882-0856
ssherman@minionsherman.com

*Attorneys for the Debtor*

*In re*

CRAIG GALLEN.
CAROLYN GALLEN,
                Debtors.

Order Filed on February 13, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Chapter 13

Case No. 19-22703-CMG

Judge: Christine M. Gravelle

Hearing Date: 2/19/2020

**CONSENT ORDER REGARDING THE TREATMENT OF**
**THE INTERNAL REVENUE SERVICE UNDER DEBTOR'S MODIFIED CHAPTER 13**
**PLAN DATED 1/6/2020 (FILED 1/8/2020)**

The relief set forth on the following pages, numbered two (2) to three (3) is hereby **ORDERED**

**DATED: February 13, 2020**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Page 2
Debtor: Craig & Carolyn Gallen
Case No. 19-22703 CMG
Caption of Order: **CONSENT ORDER REGARDING THE TREATMENT OF THE INTERNAL REVENUE SERVICE UNDER DEBTOR'S MODIFIED CHAPTER 13 PLAN DATED 1/6/2020 (FILED 1/8/2020)**

_____

THIS MATTER being opened to the Court by the Debtor on an application for entry of this Consent Order; and the Internal Revenue Service ("the Service") having filed a secured, priority and general unsecured claim docketed as Claim 3-2 in the claims register of this case; and the Debtors having agreed to enter into this Consent Order in an effort to avoid the significant time and litigation which would be necessary to litigate any objections on any issues relating to any objections that the Service may have with respect to its treatment under Debtor's Modified Pan and the Court noting the consent of the parties to the form, substance and entry of the within Consent Order;

AND IT FURTHER APPEARING, that the Service accepted Debtors offer in compromise ("OIC") dated 11/12/2018, as modified by an addendum dated 5/30/2019 and it also appearing that the Debtors have treated the OIC as an executory contract in Part 6 of Debtors' Modified plan and also treated the amount payable under the OIC as a priority claim under part 3 of Debtors' modified plan, and for good cause shown,

IT IS HEREBY ORDERED as follows:

1. The OIC be and is hereby deemed assumed consistent with part 6 of Debtors' Modified Plan and therefore the OIC shall be considered as not breached;
2. The full amount due under the OIC, totaling $2,000.00, shall be paid through Debtors Modified Chapter 13 Plan by the Chapter 13 as a priority claim consistent with part 3 of Debtors Modified Plan;

3. Notwithstanding the fact the proof of claim filed by the Service is in the total amount of $39,255.80, the Chapter 13 trustee shall only pay the Service $2,000.00 consistent with the OIC.

4. Upon payment to the Service by the Trustee of $2,000.00 the Service claim shall be considered satisfied in full and no further payments shall be made to the Service.

5. In the event the Debtor does not satisfy the OIC as stated above and the OIC is considered breached the Service shall be entitled to collect the full amount of the unpaid underlying tax liability set forth in the Proof of Claim filed by the Service, which liability shall not be discharged.

6. The Service consents to the treatment of the Service's Claim (Claim #3-2) as set forth in Part 3 & 6. of the Modified Chapter 13 Plan.

The undersigned hereby agree to the form and contents of this Consent Order:

| | |
|---|---|
| **CRAIG CARPENITO**<br>**UNITED STATES ATTORNEY** | **MINION & SHERMAN**<br>**ATTORNEYS AT LAW** |
| **BY**: /s/ Eamonn O'Hagan | **BY**: /s/ Scott D. Sherman |
| Eamonn O'Hagan, AUSA<br>Assistant U.S. Attorney<br>On behalf of the<br>Internal Revenue Service | Scott D. Sherman, Esq.<br>Attorney for Debtor |
| Dated: 2/11/2020 | Dated: 2/11/2020 |

United States Bankruptcy Court
District of New Jersey

In re:   
Craig S Gallen  
Carolyn Gallen  
    Debtors

Case No. 19-22703-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3         User: admin              Page 1 of 1                    Date Rcvd: Feb 13, 2020  
                      Form ID: pdf903         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 15, 2020.
db/jdb          +Craig S Gallen,   Carolyn Gallen,   28 Ivanhoe Drive,   Manalapan, NJ 07726-1717

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 15, 2020                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 13, 2020 at the address(es) listed below:
          Albert   Russo    docs@russotrustee.com
          Denise E. Carlon    on behalf of Creditor    U.S Bank National Association, as Trustee, Successor
           in interest to Bank of America ET AL... dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          John R. Morton, Jr.    on behalf of Creditor    Ford Motor Credit Company LLC., servicer for CAB
           EAST LLC ecfmail@mortoncraig.com,   mortoncraigecf@gmail.com
          Kevin Gordon McDonald    on behalf of Creditor    U.S Bank National Association, as Trustee,
           Successor in interest to Bank of America ET AL... kmcdonald@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Kevin Gordon McDonald    on behalf of Creditor    Toyota Lease Trust kmcdonald@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Scott D. Sherman    on behalf of Joint Debtor Carolyn  Gallen ssbankruptcy@minionsherman.com
          Scott D. Sherman    on behalf of Debtor Craig S Gallen ssbankruptcy@minionsherman.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                                             TOTAL: 8