| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| **Scott D. Sherman, Esq.**<br>Minion & Sherman<br>Attorneys at Law<br>33 Clinton Road, Suite 105<br>West Caldwell, NJ 07006<br>973-882-2424    Fax 973-882-0856<br>e-mail: ssherman@minionsherman.com<br>*Attorneys for Debtors,* |

Order Filed on June 4, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

**CRAIG GALLEN**
**CAROLYN GALLEN**

　　　　　Debtors.

Case No.    19-22703 CMG

Chapter:    13

Hearing Date:  5/20/2020

Judge:    CHRISTINE M. GRAVELLE

### ORDER MODIFYING CLAIM OF U.S. BANK, N.A. (CLAIM #18-1)

The relief set forth on the following pages numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: June 4, 2020**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

**Page:** 2
**Debtor:** Craig & Carolyn Gallen
**Case No.:** 19-22703 CMG
**Caption:** ORDER MODIFYING CLAIM OF U.S. BANK, N.A. (CLAIM #18-1)

**THIS MATTER**, being opened before the Court by Scott D. Sherman, Esq., attorney for the Debtor, **Craig and Carolyn Gallen**, and this Court having considered argument of counsel and good cause appearing, and there being no opposition.

**IT IS HEREBY, ORDERED**, that the Arrearage Claim of U.S. Bank, N.A. filed with the court on 8/29/2019 (Claim #18-1 on Claims Docket) reflecting arrears of $127,002.63 shall be and is hereby modified to reflect arrears of $0.00.

**IT IS FURTHER ORDERED,** The Chapter 13 Trustee shall suspend disbursements to U.S. Bank, N.A.

United States Bankruptcy Court
District of New Jersey

In re:  
Craig S Gallen  
Carolyn Gallen  
    Debtors

Case No. 19-22703-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3        User: admin        Page 1 of 1        Date Rcvd: Jun 04, 2020  
                            Form ID: pdf903   Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 06, 2020.  
db/jdb        +Craig S Gallen,   Carolyn Gallen,   28 Ivanhoe Drive,   Manalapan, NJ 07726-1717

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                     TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 06, 2020                                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 4, 2020 at the address(es) listed below:  
          Albert   Russo   docs@russotrustee.com  
          Denise E. Carlon   on behalf of Creditor   U.S Bank National Association, as Trustee, Successor in interest to Bank of America ET AL... dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com  
          John R. Morton, Jr.   on behalf of Creditor   Ford Motor Credit Company LLC., servicer for CAB EAST LLC ecfmail@mortoncraig.com,   mortoncraigecf@gmail.com  
          Kevin Gordon McDonald   on behalf of Creditor   U.S Bank National Association, as Trustee, Successor in interest to Bank of America ET AL... kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com  
          Kevin Gordon McDonald   on behalf of Creditor   Toyota Lease Trust kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com  
          Scott D. Sherman   on behalf of Joint Debtor Carolyn  Gallen ssbankruptcy@minionsherman.com  
          Scott D. Sherman   on behalf of Debtor Craig S Gallen ssbankruptcy@minionsherman.com  
          U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                           TOTAL: 8