| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| **Scott D. Sherman, Esq.**<br>Minion & Sherman<br>Attorneys at Law<br>33 Clinton Road, Suite 105<br>West Caldwell, NJ 07006<br>973-882-2424    Fax 973-882-0856<br>e-mail: ssherman@minionsherman.com<br>*Attorneys for Debtors,* | Order Filed on October 22, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |

| | |
|---|---|
| In Re: | Case No.    19-22703 CMG |
| **CRAIG GALLEN**<br>**CAROLYN GALLEN** | Chapter:    13 |
| | Hearing Date:  10/21/2020 |
| Debtors. | Judge:    CHRISTINE M. GRAVELLE |

### ORDER MODIFYING CONFIRMATION ORDER EFFECTIVE DATE

The relief set forth on the following pages numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: October 22, 2020**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Page:     2
Debtor:   **Craig & Carolyn Gallen**
Case No.: **19-22703 CMG**
Caption:  **ORDER MODIFYING CONFIRMATION ORDER EFFECTIVE DATE**

**THIS MATTER**, being opened before the Court by Scott D. Sherman, Esq., attorney for the Debtor, **Craig and Carolyn Gallen**, and this Court having considered the moving papers and there be no opposition and good cause appearing,

**IT IS HEREBY, ORDERED**, that the Order Confirming Chapter 13 Plan entered by this court on 4/9/2020 (Document #48 on Case Docket) be and is hereby deemed to be effective 3/18/2020.

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-22703-CMG |
| Craig S Gallen | Chapter 13 |
| Carolyn Gallen | |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Oct 23, 2020 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 25, 2020:**

**Recip ID        Recipient Name and Address**
db/jdb          + Craig S Gallen, Carolyn Gallen, 28 Ivanhoe Drive, Manalapan, NJ 07726-1717

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

**Recip ID    Bypass Reason    Name and Address**
jdb          *+               Carolyn Gallen, 28 Ivanhoe Drive, Manalapan, NJ 07726-1717

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 25, 2020              Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 23, 2020 at the address(es) listed below:**

**Name                 Email Address**

Albert Russo
                     docs@russotrustee.com

Denise E. Carlon
                     on behalf of Creditor U.S Bank National Association as Trustee, Successor in interest to Bank of America ET AL...
                     dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Gavin Stewart
                     on behalf of Creditor Specialized Loan Servicing LLC bk@stewartlegalgroup.com

John R. Morton, Jr.
                     on behalf of Creditor Ford Motor Credit Company LLC.  servicer for CAB EAST LLC ecfmail@mortoncraig.com,

District/off: 0312-3    User: admin    Page 2 of 2
Date Rcvd: Oct 23, 2020    Form ID: pdf903    Total Noticed: 1

| | |
|---|---|
| | mortoncraigecf@gmail.com |
| Kevin Gordon McDonald | |
| | on behalf of Creditor U.S Bank National Association  as Trustee, Successor in interest to Bank of America ET AL... kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Kevin Gordon McDonald | |
| | on behalf of Creditor Toyota Lease Trust kmcdonald@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Scott D. Sherman | |
| | on behalf of Joint Debtor Carolyn Gallen ssherman@minionsherman.com |
| Scott D. Sherman | |
| | on behalf of Debtor Craig S Gallen ssherman@minionsherman.com |
| U.S. Trustee | |
| | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 9