Form 137 − aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19−22703−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Craig S Gallen                                         Carolyn Gallen
   28 Ivanhoe Drive                                   aka Carolyn Taylor
   Manalapan, NJ 07726                         28 Ivanhoe Drive
                                                        Manalapan, NJ 07726

Social Security No.:
   xxx−xx−0219                                              xxx−xx−1057

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

     NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Christine M. Gravelle on:

Date:       1/20/21
Time:      12:00 PM
Location:   Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

     The following applications for compensation have been filed:

APPLICANT(S)
Scott D. Sherman, Debtor's Attorney

COMMISSION OR FEES
Fees: $1,600.00

EXPENSES
$0.00

If this is a chapter 13 case, the fees and expenses awarded:

      ☒    will not reduce the amount to be paid to general unsecured
             creditors under the plan.

      ☐    will reduce the amount to be paid to general unsecured
             creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

     An appearance is not required on an application for compensation unless an objection is filed.

Dated: December 15, 2020
JAN:

                                                Jeanne Naughton
                                                Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Craig S Gallen  
Carolyn Gallen  
    Debtor(s)

Case No. 19-22703-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 3  
Date Rcvd: Dec 15, 2020      Form ID: 137      Total Noticed: 42

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 17, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Craig S Gallen, Carolyn Gallen, 28 Ivanhoe Drive, Manalapan, NJ 07726-1717 |
| cr | + | Ford Motor Credit Company LLC., servicer for CAB E, P.O. Box 62180, Colorado Springs, CO 80962-2180 |
| lm | + | Specialized Loan Servicing, 8742 Lucent Blvd, Suite 300, Littleton, CO 80129-2386 |
| cr | + | Specialized Loan Servicing LLC, P.O. Box 340514, Tampa, FL 33694-0514 |
| 518323769 | + | Bureau of Account Management, Attn: Bankruptcy, Po Box 538, Howell, NJ 07731-0538 |
| 518323771 | + | CC Holdings, Attn: Card Services, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 518331724 | ++ | FORD MOTOR CREDIT COMPANY, P O BOX 62180, COLORADO SPRINGS CO 80962-2180 address filed with court:, FORD MOTOR CREDIT COMPANY LLC, DEPT. 55953, PO BOX 55000, DETROIT, MI. 48255-0953 |
| 518323774 | + | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 518323775 | + | Ford Motor Credit, Attn: Bankruptcy, Po Box 542000, Omaha, NE 68154-8000 |
| 518367020 | + | Ford Motor Credit Co LLC, Morgan Bornstein Morgan, 1236 Brace St Ste K, Cherry Hill, NJ 08034-3229 |
| 518323776 | + | HC Processing Center, Attention Bankruptcy, Po Box 708970, Sandy, UT 84070-8970 |
| 518323779 | + | Leopold & Associates, PLLC, 80 Busineny Park Drive, Suite 110, Armonk, NY 10504-1704 |
| 518323780 | + | Lincoln Automotive Financial Service, Attn: Bankruptcy, Po Box 542000, Omaha, NE 68154-8000 |
| 518323782 | + | Remex Inc, Attn: Bankruptcy, 307 Wall St., Princeton, NJ 08540-1515 |
| 518323784 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of New Jersey, Division of Taxation, 50 Barrack Street, PO Box 269, Trenton, NJ 08695 |
| 518323783 | + | Specialized Loan Servi, 6200 S Quebec St, Greenwood Village, CO 80111-4720 |
| 518323786 | ++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026 address filed with court:, Toyota Financial Services, Atty: Bankruptcy Dept, Po Box 8026, Cedar Rapids, IA 52409 |
| 518323785 | + | Target, Attn: Bankruptcy, Po Box 9475, Minneapolis, MN 55440-9475 |
| 518761974 | | Toyota Lease Trust, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518422237 | + | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 518978060 | + | U.S. Bank National Association Trustee (See 410), c/o Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111-4720 |
| 518432726 | + | U.S. Bank National Association, Trustee (See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |

TOTAL: 22

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 15 2020 21:16:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 15 2020 21:16:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518421327 | + | Email/Text: g20956@att.com | Dec 15 2020 21:17:00 | AT&T Mobility II LLC, %AT&T SERVICES INC., KAREN A. CAVAGNARO PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ. 07921-2693 |
| 518392175 | | Email/Text: bnc@atlasacq.com | Dec 15 2020 21:16:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 518352109 | | Email/PDF: MerrickBKNotifications@Resurgent.com | | |

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 15, 2020 | Form ID: 137 | Total Noticed: 42 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Dec 15 2020 22:17:04 | CW Nexus Credit Card Holdings l, LLC, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 518323770 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Dec 15 2020 22:17:18 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518348143 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Dec 15 2020 22:20:30 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518323772 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 15 2020 21:16:00 | Comenity Bank/Overstock, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 518323773 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 15 2020 21:16:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 518428196 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Dec 15 2020 22:17:37 | Directv, LLC, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518323777 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 15 2020 21:16:00 | Internal Revenue Service, 955 S. Springfield Ave., Springfield, NJ 07081 |
| 518418455 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 15 2020 21:16:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN MI 48090-2011 |
| 518323781 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 15 2020 21:16:00 | Midland Funding, 2365 Northside Dr Ste 300, San Diego, CA 92108-2709 |
| 518403480 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Dec 15 2020 21:17:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 518429660 | | Email/Text: bnc-quantum@quantum3group.com | Dec 15 2020 21:16:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518429661 | | Email/Text: bnc-quantum@quantum3group.com | Dec 15 2020 21:16:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518442809 | | Email/Text: bnc-quantum@quantum3group.com | Dec 15 2020 21:16:00 | Quantum3 Group LLC as agent for, Second Round LP, PO Box 788, Kirkland, WA 98083-0788 |
| 518420825 | + | Email/Text: bncmail@w-legal.com | Dec 15 2020 21:16:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 518326528 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 15 2020 22:18:31 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518364985 | + | Email/Text: bncmail@w-legal.com | Dec 15 2020 21:16:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |

TOTAL: 20

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | *+ | Leopold & Associates, PLLC, 80 Busineny Park Drive, Suite 110, Armonk, NY 10504-1704 |
| 518333182 | *P++ | FORD MOTOR CREDIT COMPANY, P O BOX 62180, COLORADO SPRINGS CO 80962-2180, address filed with court:, Ford Motor Credit Co, POB 62180, colrado Springs, CO 80962 |
| 518531616 | *P++ | FORD MOTOR CREDIT COMPANY, P O BOX 62180, COLORADO SPRINGS CO 80962-2180, address filed with court:, Ford Motor Credit Co LLC, POB 62180, Colorado Spring, CO 80962 |
| 518323778 | * | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518421067 | *P++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245, address filed with court:, State of New Jersey, Division of Taxation, PO BOX 245-Bankruptcy, Trenton, NJ 08695-0272 |
| 518860875 | *+ | U.S. Bank National Association Trustee (See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 518978059 | *+ | U.S. Bank National Association Trustee (See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |

District/off: 0312-3     User: admin     Page 3 of 3
Date Rcvd: Dec 15, 2020     Form ID: 137     Total Noticed: 42

TOTAL: 0 Undeliverable, 7 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 17, 2020      Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 15, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor U.S Bank National Association as Trustee, Successor in interest to Bank of America ET AL... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Gavin Stewart | on behalf of Creditor Specialized Loan Servicing LLC bk@stewartlegalgroup.com |
| John R. Morton, Jr. | on behalf of Creditor Ford Motor Credit Company LLC. servicer for CAB EAST LLC ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |
| Kevin Gordon McDonald | on behalf of Creditor U.S Bank National Association as Trustee, Successor in interest to Bank of America ET AL... kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Kevin Gordon McDonald | on behalf of Creditor Toyota Lease Trust kmcdonald@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Scott D. Sherman | on behalf of Debtor Craig S Gallen ssherman@minionsherman.com |
| Scott D. Sherman | on behalf of Joint Debtor Carolyn Gallen ssherman@minionsherman.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 10