| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-2(c)** | |
| Scott D. Sherman, Esq.<br>Minion & Sherman<br>33 Clinton Road  - Suite 105<br>West Caldwell, New Jersey 07006<br>phone 973-882-2424<br>fax 973-882-0856<br>ssherman@minionsherman.com | |
| In Re:<br><br>CRAIG GALLEN<br>CAROLYN GALLEN<br><br>            DEBTORS | |

**Order Filed on January 21, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.: 19-22703

Chapter: 13

Judge: GRAVELLE

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: January 21, 2021**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____SCOTT D. SHERMAN, ESQ._____, the applicant, is allowed a fee of $ \_\_\_\_\_1,200.00\_\_\_\_\_ for services rendered and expenses in the amount of $\_\_\_\_\_0.00\_\_\_\_\_ for a total of $\_\_\_\_\_1,200.00\_\_\_\_\_ . The allowance shall be payable:

- ☒ through the Chapter 13 plan as an administrative priority.
- ☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $\_\_\_\_\_n/a\_\_\_\_\_ per month for \_\_\_\_\_n/a\_\_\_\_\_ months to allow for payment of the aforesaid fee.

*Revised 10/3/02*

United States Bankruptcy Court
District of New Jersey

In re:                                                                                                      Case No. 19-22703-CMG
Craig S Gallen                                                                                     Chapter 13
Carolyn Gallen
      Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3         User: admin         Page 1 of 2
Date Rcvd: Jan 21, 2021      Form ID: pdf903      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 23, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Craig S Gallen, Carolyn Gallen, 28 Ivanhoe Drive, Manalapan, NJ 07726-1717 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 23, 2021        Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 21, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor U.S Bank National Association as Trustee, Successor in interest to Bank of America ET AL... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Gavin Stewart | on behalf of Creditor Specialized Loan Servicing LLC bk@stewartlegalgroup.com |
| John R. Morton, Jr. | on behalf of Creditor Ford Motor Credit Company LLC. servicer for CAB EAST LLC ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |

Kevin Gordon McDonald
    on behalf of Creditor Toyota Lease Trust kmcdonald@kmllawgroup.com  bkgroup@kmllawgroup.com

Kevin Gordon McDonald
    on behalf of Creditor U.S Bank National Association  as Trustee, Successor in interest to Bank of America ET AL... kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com

Scott D. Sherman
    on behalf of Joint Debtor Carolyn Gallen ssherman@minionsherman.com

Scott D. Sherman
    on behalf of Debtor Craig S Gallen ssherman@minionsherman.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 10