Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19−22703−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Craig S Gallen
28 Ivanhoe Drive
Manalapan, NJ 07726

Carolyn Gallen
aka Carolyn Taylor
28 Ivanhoe Drive
Manalapan, NJ 07726

Social Security No.:
xxx−xx−0219

xxx−xx−1057

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 3/3/21 at 09:00 AM

to consider and act upon the following:

**91** − Creditor's Certification of Default (related document:63 Order on Motion For Relief From Stay) filed by Gavin Stewart on behalf of Specialized Loan Servicing LLC. Objection deadline is 03/2/2021. (Attachments: # 1 Certification # 2 Exhibit Consent Order # 3 Proposed Order # 4 Certificate of Service) (Stewart, Gavin)

Dated: 2/19/21

Jeanne Naughton
Clerk, U.S. Bankruptcy Court