UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2©

*Scott D. Sherman, Esq.*
**MINION & SHERMAN**
33 Clinton Road, Suite 105
West Caldwell, NJ 07006
phone #973-882-2424
fax #973-882-0856
ssherman@minionsherman.com

*Attorneys for the Debtor*

*In re*

CRAIG GALLEN.
CAROLYN GALLEN,
                Debtors.

Order Filed on May 4, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Chapter 13

Case No. 19-22703-CMG

Judge: Christine M. Gravelle

Hearing Date: 5/5/2021

**CONSENT ORDER REGARDING THE TREATMENT OF**
**THE INTERNAL REVENUE SERVICE UNDER DEBTOR'S MODIFIED CHAPTER 13**
**PLAN DATED 3/25/2021 (FILED 3/31/2021)**

The relief set forth on the following pages, numbered two (2) to three (3) is hereby **ORDERED**

**DATED: May 4, 2021**

_____
Honorable Christine M. Gravelle
United States Bankruptcy Judge

Page 2
Debtor: Craig & Carolyn Gallen
Case No. 19-22703 CMG
Caption of Order: **CONSENT ORDER REGARDING THE TREATMENT OF THE INTERNAL REVENUE SERVICE UNDER DEBTOR'S MODIFIED CHAPTER 13 PLAN DATED 1/6/2020 (FILED 1/8/2020)**

_____

THIS MATTER being opened to the Court by the Debtor on an application for entry of this Consent Order; and the Internal Revenue Service ("the Service") having filed a secured, priority and general unsecured claim docketed as Claim 3-2 in the claims register of this case; and the Debtors having agreed to enter into this Consent Order in an effort to avoid the significant time and litigation which would be necessary to litigate any objections on any issues relating to any objections that the Service may have with respect to its treatment under Debtor's Modified Pan and the Court noting the consent of the parties to the form, substance and entry of the within Consent Order;

AND IT FURTHER APPEARING, that the Service accepted Debtors offer in compromise ("OIC") dated 11/12/2018, as modified by an addendum dated 5/30/2019 and it also appearing that the Debtors have treated the OIC as an executory contract in Part 6 of Debtors' Modified plan and also treated the amount payable under the OIC as a priority claim under part 3 of Debtors' modified plan, and for good cause shown,

IT IS HEREBY ORDERED as follows:

1. The OIC be and is hereby deemed assumed consistent with part 6 of Debtors' Modified Plan and therefore the OIC shall be considered as not breached;
2. The full amount due under the OIC, totaling $2,000.00, shall be paid outside the Debtors' Modified Plan, by the debtors directly to the Service within 30 days from the entry of this order;
3. Upon payment to the Service by the Debtor of $2,000.00 the Service claim shall be considered satisfied in full and no further payments shall be made to the Service;

4. In the event the Debtor does not satisfy the OIC as stated above and the OIC is considered breached the Service shall be entitled to collect the full amount of the unpaid underlying tax liability set forth in the Proof of Claim filed by the Service.

5. The Service consents to the treatment of the Service's Claim (Claim #3-2) as set forth in Part 3 & 6. of the Modified Chapter 13 Plan as may be modified by this Consent Order.

he undersigned hereby agree to the form and contents of this Consent Order:

| | |
|---|---|
| **RACHAEL A. HONIG** | **MINION & SHERMAN** |
| **ACTING UNITED STATES ATTORNEY** | **ATTORNEYS AT LAW** |
| | |
| **BY**: /s/  Eamonn O'Hagan | **BY**:  /s/ Scott D. Sherman |
| Eamonn O'Hagan, Esq. | Scott D. Sherman, Esq. |
| Assistant U.S. Attorney | Attorney for Debtor |
| On behalf of the | |
| Internal Revenue Service | |
| | |
| Dated: 5/4/2021 | Dated: 5/4/2021 |

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-22703-CMG |
| Craig S Gallen | Chapter 13 |
| Carolyn Gallen | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: May 04, 2021 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 06, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Craig S Gallen, Carolyn Gallen, 28 Ivanhoe Drive, Manalapan, NJ 07726-1717 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 06, 2021            Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 4, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor U.S Bank National Association as Trustee, Successor in interest to Bank of America ET AL... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Gavin Stewart | on behalf of Creditor Specialized Loan Servicing LLC bk@stewartlegalgroup.com |
| John R. Morton, Jr. | on behalf of Creditor Ford Motor Credit Company LLC.  servicer for CAB EAST LLC ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 2 of 2 |
| Date Rcvd: May 04, 2021 | Form ID: pdf903 | Total Noticed: 1 |

Kevin Gordon McDonald
    on behalf of Creditor Toyota Lease Trust kmcdonald@kmllawgroup.com  bkgroup@kmllawgroup.com

Kevin Gordon McDonald
    on behalf of Creditor U.S Bank National Association  as Trustee, Successor in interest to Bank of America ET AL... kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com

Scott D. Sherman
    on behalf of Joint Debtor Carolyn Gallen ssherman@minionsherman.com

Scott D. Sherman
    on behalf of Debtor Craig S Gallen ssherman@minionsherman.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 10